FILED

10/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0201

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0201

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TOMMY LANE CURRIER,

Defendant and Appellant.

## ORDER SUPPLEMENTING THE RECORD

Upon consideration of Appellant's motion, and good cause appearing,

IT IS HEREBY ORDERED the motion to supplement the record is granted. The transcript from Appellant's Initial Appearance to Terminate Treatment Court, dated June 7, 2022, is to be prepared and filed with this Court and made part of the record herein no later than October 15, 2024.

The Clerk shall serve a copy of this Order upon Cyndi Miller, Court Reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 8 2024